[Civ. No. 9636. First Appellate District, Division One.—January 14, 1935.]

PAMPHIL TESLUCK, Appellant, v. JOHN GROMEEKO, as Substituted Executor, etc., Respondent.

Thomas Pierce Rogers and William E. Kidd for Appellant.

Nathan Merenbach for Respondent.

TYLER, P. J.— Appeal from an order dismissing an action for declaratory relief. The judgment is affirmed upon the authority of *Estate of Hughes, etc., Deceased, Tesluck* v. *Wells Fargo Bank & Union Trust Co., Executor, etc.*, Civil No. 9629 (*ante*, p. 551 [40 Pac. (2d) 295]), this day decided.

Knight, J., and Cashin, J., concurred.